# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| RODERIC MACK WRIGHT, | CASE NO. 17cv1451-LAB (MDD) |
|---|---|
| Plaintiff, | **ORDER GRANTING ADDITIONAL TIME TO SERVE COMPLAINT** |
| vs. | |
| U.S. DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | |

"Rule 4(m) provides that, if a plaintiff has good cause for not serving a complaint within 120 days after filing it, the court shall extend the time for service for an appropriate period." *De Tie v. Orange Cty.*, 152 F.3d 1109, 1112 (9th Cir. 1998). Roderic Wright hasn't shown good cause. His motion alludes to statute of limitations issues, but says nothing about how they relate to his claims. His attorney's declaration says the IRS didn't provide paperwork until December 1, 2017, but again, says nothing about how that fact relates to Wright's decision to let his complaint sit on the Court's docket for five months. Nonetheless, the Court exercises its discretion to allow Wright to serve his complaint by Friday December 29, 2017. If he doesn't, this action will be dismissed.

**IT IS SO ORDERED**.

DATED: December 20, 2017

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -